# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

Alexandria                DIVISION

Abraham Haileab Gebresalase                Case No. 1:20-CV-00794-P

Plaintiff

VS.                                        Judge Drell

LaSalle Correctional Center et al          Magistrate Judge Perez-Montes

Defendant

## ORDER

IT IS ORDERED that   Fatma Marouf                be and is hereby

admitted to the bar of this Court pro hac vice on behalf of   Abraham Haileab Gebresalase

in the above described action.

SO ORDERED on this, the   20th   day of   August        ,   2020        .

U.S. Magistrate Judge