UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ABRAHAM HAILEAB GEBRESLASE | ) ) ) | CIVIL ACTION NO.  20-cv-00794 SEC. P |
| VERSUS | ) ) | JUDGE DRELL |
| LASALLE CORRECTIONAL CENTER, ET AL. | ) ) ) | MAGISTRATE JUDGE PEREZ-MONTES |

## ORDER

Upon consideration of the motion filed on behalf of Respondents, for an extension of time to file a Response to Petitioner's Petition for Writ of Habeas Corpus, and good cause having been shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Respondents, be and are hereby granted an extension of seven (7) days or through **September 21, 2020** in which to file a Response to Petitioner's Petition for Writ of Habeas Corpus.

**THUS DONE AND SIGNED** in Chambers in Alexandria, Louisiana, this 16th day of September, 2020.

_____

**HONORABLE JOSEPH H.L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**