# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ABRHAM HAILEAB GEBRESLASE, | ) | CIVIL ACTION NO: 20-CV-00794 |
| | ) | SEC. P |
| *Petitioner* | ) | |
| V. | ) | JUDGE DRELL |
| | ) | |
| LASALLE CORRECTIONAL | ) | MAGISTRATE JUDGE PEREZ-MONTES |
| CENTER ET AL., | ) | |
| *Respondent* | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

Upon consideration of Petitioner's Unopposed Motion for Substitution of Parties,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Respondents Christopher Frederick and the LaSalle Correctional Center should be substituted with David Cole, Warden of the LaSalle Detention Center.

SIGNED on Thursday, September 24, 2020.

_____
**HONORABLE  JOSEPH H.L. PEREZ-MONTES**
**UNITED STATES MAGISTRATE JUDGE**