**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **ABRAHAM HAILEAB GEBRESLASE,** | ) | **CIVIL ACTION NO. 20-cv-00794** |
| Petitioner | ) | **SEC. P** |
| | ) | |
| v. | ) | **JUDGE DRELL** |
| | ) | |
| **LA SALLE CORRECTIONAL CENTER,** | ) | **MAGISTRATE JUDGE PEREZ-** |
| **ET. AL.,** | ) | **MONTES** |
| Respondents | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Upon the joint motion of Petitioner, Abraham Haileab Gebreslase, and Respondents, La Salle Correctional Center, et al., to dismiss this case:

It is hereby ORDERED that: This matter is DISMISSED. Each party shall bear its own costs.

Dee D. Drell

UNITED STATES DISTRICT JUDGE

Dated: January 2-9, 2021

AT ALEXANDRIA, LA

4